## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

United States Courts
Southern District of Texas
FILED
*October 13, 2020*
David J. Bradley, Clerk of Court

| | |
|---|---|
| **SRK HOLDINGS, INC.** § | |
| *Plaintiff* § | |
| § | |
| VS. § | CIVIL ACTION NO. 3:20-cv-00110 |
| § | |
| **SOUTHERN TOWING COMPANY, LLC,** § | |
| **et al.** § | |
| *Defendant* § | |

### PLAINTIFF'S FIRST AMENDED PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, SRK HOLDING, INC. and files this their First Amended Petition against SOUTHERN TOWING COMPANY, LLC, and the Tug LAURA ELIZABETH in rem, and would respectfully show as follows:

### JURISDICTION

1. This Court has admiralty jurisdiction under 28 U.S.C. Sec 1333 and Rule C of the Supplemental Rules for Certain Admiralty and Maritime claims. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. Plaintiff has damages in excess of Ninety-five Thousand and No/100 Dollars ($95,000.00)

### PARTIES and SERVICE of SUMMONS

2. Plaintiff, SRK HOLDING, INC. is a Texas Corporation, with offices at 16615 Big Creek Falls Court, Houston, Texas 77379

3. Defendant, SOUTHERN TOWING COMPANY, LLC, with its principal place of business at 1874 Thomas Road, Memphis, Tennessee 38134 and is the owner and operator of the Tug LAURA ELIZABETH. This Defendant has answered and appeared herein.

## FACTS

4. On or about March 19, 2018, Plaintiff was owner of the land and improvements located at Seivers Cut and the Intercoastal Canal in Port Bolivar, Texas. Plaintiff had erected a bulkhead consisting of large granite blocks on the northern edge of this property owned by the U.S. Government adjoining the Intercoastal Canal.

On March 19, 2018 at approximately 11:00 P.M., Defendant's Tug LAURA ELIZABETH, owned and operated by Defendant, SOUTHER TOWING, LLC was east bound in the Intercoastal Canal with a tow of at least two barges. On the occasion in question, Defendant owed Plaintiff a legal duty under the General Maritime law to observe the standards of good and prudent seamanship and exercise reasonable care when navigating the Intercoastal Canal to avoid the risk of collision. The Tug LAURA ELIZABETH and her owners and crew also had a statutory duty to follow navigational rules of the road. Defendant breached these duties by failing to maintain a proper lookout, failed to navigate the Intercoastal Canal at a safe speed, failed to use all available means to avoid the risk of collision and other acts of negligence which will be shown more particularly at trial.

These acts and omissions on the part of the Defendant, its Agents, Servants and Employees caused a collision by the Tug LAURA ELIZABETH and her tow with Plaintiff's bulkheads, both the granite bulkhead located on U. S. Government land, used with their implied permission and the wooden bulkhead behind the granite bulkhead owned by Plaintiff, knocking ninety (90) feet of the granite blocks owned by Plaintiff into the water of the Intercoastal Canal and damaging the wooden bulkhead behind the granite blocks. Additionally, a presumption of fault arises for the liability of a vessel which collides with a stationary object.

The sole cause of the collision and damages caused was the negligent navigation of the Tug LAURA ELIZABETH.

## DAMAGES

5. As a result of negligence on the part of the crew of the Tug LAURA ELIZABETH own and operated by the Defendant, SOUTHERN TOWING COMPANY, LLC, Plaintiff sustained monetary damages in of Ninety-five Thousand and No/100 Dollars ($95,000.00) or less, representing the cost of recovery and replacement of the granite blocks knocked into the Intercoastal Canal and for damage to the wooden bulkhead located behind the granite blocks. Approximately ninety (90) feet of Plaintiff's bulkhead was damaged in the collision.

## PRAYER AND RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Honorable Court enter judgement against Defendants for the amount of Plaintiff's claim including pre-judgement interest, post-judgement interest, Court cost and all other relief as justice and equity allow.

Respectfully submitted,

**MARTIN, GARZA & FISHER, L.L.P.**
(A Partnership of Professional Limited Liability Companies)
**GEORGE D. MARTIN**
SBN: 13064000
1100 Rosenberg
Galveston, Texas 77550
Tel: (409) 765-5705
Fax: (409) 765-7570

By: _____
GEORGE D. MARTIN
Email: gmartin1100@aol.com
Attorneys for Plaintiff, SRK HOLDINGS, INC

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on the following attorney(s) of record or party in accordance with the Texas Rules of Civil Procedure on ___9-28-20___, 2020.

**Via E-Service & Certified Mail**
F. WILLIAM MAHLEY
909 Fannin, Suite 2300
Houston, TX 77010
Email: wmahley@clarkhill.com
Attorney for Defendant

_____
GEORGE D. MARTIN