United States District Court
Southern District of Texas
**ENTERED**
February 09, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| SRK HOLDINGS, INC., § § Plaintiff. § § VS. § SOUTHERN TOWING COMPANY, ET AL., § § § § Defendants. § | CIVIL ACTION NO. 3:20-cv-00110 |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**MEMORANDUM AND RECOMMENDATION**

On December 30, 2020, all dispositive and non-dispositive pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(A) and (B). *See* Dkt. 25. Judge Edison filed a memorandum and recommendation on November 30, 2021, recommending that the plaintiff's motion for partial summary judgment (Dkt. 32) be denied. *See* Dkt. 44.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 44) is approved and adopted in its entirety as the holding of the court; and

(2) The plaintiff's motion for partial summary judgment (Dkt. 32) is denied.

SIGNED on Galveston Island this 9th day of February, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE